[No. 27305-5-II.   Division Two.   August 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY F. SHUMATE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01290-1, Frederick W. Fleming, J., entered April 6, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 27580-5-II.   Division Two.   August 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK DAVID BARBER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02283-3, Frederick W. Fleming, J., entered March 16, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.

[No. 27610-1-II.   Division Two.   August 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC DUNBAR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05295-4, Frank Cuthbertson, J., entered June 13, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.

[No. 27628-3-II.   Division Two.   August 30, 2002.]

THOMAS BERGQUIST, ET AL., *Appellants*, v. JAMES ELLS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-03089-5, Thomas J. Majhan, J., entered June 20, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.